United States District Court
Middle District of Florida
Jacksonville Division

**CAROL GAYLOR,**

 *Plaintiff,*

v.               **NO. 3:21-cv-1000-MMH-PDB**

**SEATON III, INC.,**

 *Defendant.*

---

# Order

Without opposition, Seaton III, Inc., moves to set aside default and for leave to respond to the complaint out of time. Doc. 9.

Because of a strong policy to decide a dispute on the merits, default is disfavored. *In re Worldwide Web Systems, Inc.*, 328 F.3d 1291, 1295 (11th Cir. 2003). A court may "set aside an entry of default for good cause." Fed. R. Civ. P. 55(c).

For the reasons stated in the motion (the absence of prejudice, the absence of willfulness, the absence of objection, and possible meritorious defenses), Seaton shows good cause. *See* Doc. 9 at 2. The Court **grants** the motion, Doc. 9; **sets aside** the default, Doc. 7; **directs** the clerk to add an appropriate notation to the docket; and **directs** Seaton to respond to the complaint, Doc. 1, by **December 14, 2021**.

2

For future filings, please see Local Rule 1.08(b), which provides that if a party uses Times New Roman, the typeface must be 14-point for the main text.

**Ordered** in Jacksonville, Florida, on November 23, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*