## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CAROL GAYLOR,

       Plaintiff,

v.                                                          Case No.   3:21-cv-1000-MMH-PDB

SEATON III, INC.,

       Defendant.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 13; Stipulation) filed on February 25, 2022.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of February, 2022.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record